UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ASOCIACIÓN DE EDUCACIÓN PRIVADA
DE PUERTO RICO, INC., et al.,

Plaintiffs,

v.

ALEJANDRO GARCÍA PADILLA,
SECRETARY OF THE DEPARTMENT OF
CONSUMER AFFAIRS OF THE
COMMONWEALTH OF PUERTO RICO,

Defendant.

Civil No. 03-1213 (JAF)

**O R D E R**

Defendant Alejandro García Padilla's Motion to Vacate Order Pursuant to Fed. R. Civ. P. 60(b), Docket Document No. 95, is **DENIED**.

Defendant has failed to provide any grounds for his claim of excusable neglect, as required by Rule 60(b). Graphic Communs. Int'l Union, Local 12-N v. Quebecor Printing Providence, Inc., 270 F.3d 1, 5 (1st Cir. 2001) (stating that there "must be a satisfactory explanation for the late filing").

We also **ORDER** Defendant to pay Plaintiffs the attorneys' fees awarded in our November 5, 2007, Order, Docket Document No. 92, or risk contempt of court.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 20th day of February, 2008.

s/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge